UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE HARBERT,<br><br>        Plaintiff,<br><br>    v.<br><br>RDI FINANCIAL, et al.,<br><br>        Defendants. | Case No. 4:24-cv-04963-KAW<br><br>ORDER TO SHOW CAUSE; ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

This action was filed on August 9, 2024. (Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the complaint and summons on Defendant, such that November 7, 2024 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11. To date, no proof of service has been filed. The Case Management Conference ("CMC"), originally scheduled for November 12, 2024, was continued to February 4, 2025, because Defendant had not been served 7 days prior to the original CMC date. (Re: Dkt. No. 9.)

IT IS HEREBY ORDERED that by no later than **February 7, 2025**, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief.

Finally, the case management conference set for February 4, 2025 is continued to April 29, 2025 at 1:30 p.m via Zoom videoconference. The joint case management statement is due on or before April 22, 2025.

**IT IS SO ORDERED.**

Dated: January 31, 2025

                                              KANDIS A. WESTMORE<br>
                                              United States Magistrate Judge